IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEEK SQUAD, INC., a wholly-owned  )
subsidiary of BEST BUY STORES, L.P., )
)   Civil Action Number: 04 11075 RWZ
Plaintiff, )
)
v. )
)
GEEK HOUSECALLS, INC., formerly )
EHLKE & CO., INC. )
)
Defendant. )
_____ )

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, Plaintiff discloses as follows: (1) Best Buy Stores, L.P. owns more than ten percent of Geek Squad, Inc.; (2) BBC Investment Co., a Nevada corporation, and BBC Property Co., a Minnesota corporation, own more than ten percent of Best Buy Stores, L.P.

Dated: May 24, 2004.                ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By _____
Anthony A. Froio
111 Huntington Ave – Suite 1300
Boston, MA 02199
(617) 267-2300

**ATTORNEYS FOR GEEK SQUAD, INC.**

Word 20092253.1

**Of Counsel:**

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Timothy M. Block  (MN Bar # 317950)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel:    (612) 349-8500
Fax:   (612) 339-4181