AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

GEEK SQUAD, INC. a wholly-owned
subsidiary of BEST BUY STORES, L.P.,
                Plaintiff

V.

GEEK HOUSECALLS, INC., formerly
EHLKE & CO., INC.,
                Defendant.

**SUMMONS IN A CIVIL ACTION**

## 04 11075 RWZ

CASE NUMBER:

TO: (Name and address of Defendant)

     GEEK HOUSECALLS, INC.
     401 Lowell Street, Suite 2
     Lexington, MA 02420

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

     Anthony A. Froio, Esq.
     ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
     111 Huntington Avenue, Suite 1300
     Boston, MA 02199
     (617) 267-2300

an answer to the complaint which is served on you with this summons, within    Twenty (20)    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

MAY 26 2004

DATE

*QUICKSERV*

**ALLSTATE PROCESS SERVERS**

FILED MAY 28, 2004
IN CLERKS OFFICE

2004 JUN -3 A 11: 37

U.S. DISTRICT COURT
DISTRICT OF MASS

## RETURN OF SERVICE

*I this day summoned the within named* GEEK HOUSECALLS, INC.

*to appear as within directed by delivering to*    RON CHAIT, DISPATCHER/IN
CHARGE OF OFFICE, 9:25 PM

**X**    *in hand*

*No.*    401 LOWELL STREET, SUITE 2
*in the* LEXINGTON        *District of said* MIDDLESEX        *County an attested
copy of the SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT;
COPY OF TRADEMARK REGISTRATION; CORPORATE DISCLOSURE STATEMENT
AND LETTER TO US DISTRICT COURT*

*Service and travel*        28

*Paid Witness*

*it being necessary I actually used a
motor vehicle in the distance of*
25    *miles in the service of
this process*

Michael J. Zonak

Process Server