**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

FILED
CLERKS OFFICE

2004 JUN 16  A 11: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| **GEEK SQUAD, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | **Civil Action No. 04-cv-11075-RWZ** |
| ) | |
| **v.** ) | **Judge Rya W. Zobel** |
| ) | |
| **GEEK HOUSECALLS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT

Pursuant to Local Rule 7.1 of this Court, Ernest V. Linek, a member of the Bar of this Court, and hereby moves for a thirty day extension of time, up to and including July 17, 2004, for Defendant to answer or otherwise plead in response to the Complaint in this proceeding.    The additional time is needed to give Defendant time to investigate the allegations in the Complaint and to confer with counsel.

### Certificate Pursuant to Local Rule 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendant, Geek Housecalls, Inc., conferred with counsel for plaintiff, Geek Squad, Inc., regarding the present motion.    Counsel for Geek Squad, Inc. has consented to this motion.

Page No. 1

Respectfully submitted,

Date: _____, 2004

John P. Iwanicki, Esq., BBO# 556465
Ernest V. Linek, Esq., BBO# 543985
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, MA 02109-1775
Tel: 617-720-9600
Fax: 617-720-9601
E-Mail:
jiwanicki@bannerwitcoff.com
elinek@bannerwitcoff.com

Helen Hill Minsker
Banner & Witcoff, Ltd.
1001 G Street, N.W. – 11th Floor
Washington, DC 20001-4597
Tel: 202-824-3000
Fax: 202-824-3001
E-mail:
hminsker@bannerwitcoff.com

Attorneys for Defendant
Geek Housecalls, Inc.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by mail, first-class

postage prepaid upon counsel for the plaintiff addressed to:

Anthony A. Froio
Benjamin Stevenson
Robbins, Kapplan, Miller & Ciresi, L.L.P.
111 HUNTINGTON AVENUE
Boston, MA 02199
Tel: 617-267-2300
E-mail: aafroio@rkmc.com

Date: _June 16_, 2004

-2-