IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 16  A 11: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| GEEK SQUAD, INC., )<br><br>Plaintiff, )<br><br>v. )<br><br>GEEK HOUSECALLS, INC., )<br><br>Defendant. ) | Civil Action No. 04-cv-11075-RWZ<br><br>Judge Rya W. Zobel |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3 of this Court, Defendant states as follows:

1.    Defendant does not have any parent corporations.

2.    No publicly held corporation owns 10% or more of Defendant's stock.

Respectfully submitted,

Date: _June 16_, 2004

_____

John P. Iwanicki, Esq., BBO# 556465
Ernest V. Linek, Esq., BBO# 543985
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, MA 02109-1775
Tel: 617-720-9600
Fax: 617-720-9601
E-Mail:

Page No. 1

jiwanicki@bannerwitcoff.com
elinek@bannerwitcoff.com

Helen Hill Minsker
Banner & Witcoff, Ltd.
1001 G Street, N.W. – 11th Floor
Washington, DC 20001-4597
Tel: 202-824-3000
Fax: 202-824-3001
E-mail:
hminsker@bannerwitcoff.com

Attorneys for Defendant
Geek Housecalls, Inc.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by mail, first-class

postage prepaid upon counsel for the plaintiff addressed to:

Anthony A. Froio
Benjamin Stevenson
Robbins, Kapplan, Miller & Ciresi, L.L.P.
111 HUNTINGTON AVENUE
Boston, MA 02199
Tel: 617-267-2300
E-mail: aafroio@rkmc.com

Date: _June / 6_ , 2004