IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN 16 A 11: 42
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| GEEK SQUAD, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-cv-11075-RWZ |
| GEEK HOUSECALLS, INC., | ) Judge Rya W. Zobel |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE OF HELEN HILL MINSKER

Pursuant to Local Rule 83.5.3(b) of this Court, Ernest V. Linek, a member of the Bar of this Court, and a principal shareholder with the firm of Banner & Witcoff, Ltd., hereby moves for the admission to the Bar of this Court, *pro hac vice*, of Helen Hill Minsker, also of Banner & Witcoff, Ltd. The affidavit of Helen Hill Minsker is attached hereto.

### Certificate Pursuant to Local Rule 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for defendant, Geek Housecalls, Inc., conferred with counsel for plaintiff, Geek Squad, Inc., regarding the present motion. Counsel for Geek Squad, Inc. does not oppose the present motion.

Page No. 1

Respectfully submitted,

Date: JUNE 16, 2004

John P. Iwanicki, Esq., BBO# 556465
Ernest V. Linek, Esq., BBO# 543985
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, MA 02109-1775
Tel: 617-720-9600
Fax: 617-720-9601
E-Mail:
jiwanicki@bannerwitcoff.com
elinek@bannerwitcoff.com

Helen Hill Minsker
Banner & Witcoff, Ltd.
1001 G Street, N.W. – 11th Floor
Washington, DC 20001-4597
Tel: 202-824-3000
Fax: 202-824-3001
E-mail:
hminsker@bannerwitcoff.com

Attorneys for Defendant
Geek Housecalls, Inc.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by mail, first-class postage prepaid upon counsel for the plaintiff addressed to:

Anthony A. Froio
Benjamin Stevenson
Robbins, Kapplan, Miller & Ciresi, L.L.P.
111 HUNTINGTON AVENUE
Boston, MA 02199
Tel: 617-267-2300
E-mail: aafroio@rkmc.com

Date: JUNE 16, 2004

-2-