IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEEK SQUAD, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEEK HOUSECALLS, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-cv-11075-RWZ<br><br>Judge Rya W. Zobel |

## LOCAL RULE 16.1(d)(3)(a) and (b) CERTIFICATION

Pursuant to Local Rule 16.1(d)(3)(a) and (b) of this Court, Defendant Geek Housecalls Inc. ("Geek Housecalls") certifies that the undersigned counsel has conferred with it on the following issues:

(a) With a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Counsel for defendant likewise certifies that it has conferred with defendant on the budget and alternative dispute resolution programs as described above as required by LR. 16.1

                                                              Respectfully submitted,

Date: _August 11_, 2004

                                              _____
John P. Iwanicki, Esq., BBO# 556465
Ernest V. Linek, Esq., BBO# 543985
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, MA 02109-1775
Tel: 617-720-9600
Fax: 617-720-9601
E-Mail:
jiwanicki@bannerwitcoff.com
elinek@bannerwitcoff.com

Helen Hill Minsker
Banner & Witcoff, Ltd.
1001 G Street, N.W. – 11th Floor
Washington, DC 20001-4597
Tel: 202-824-3000
Fax: 202-824-3001
E-mail:
hminsker@bannerwitcoff.com

Attorneys for Defendant
Geek Housecalls, Inc.

CONFIRMATION:

                                            ( SEE NEXT PAGE )

For Geek Housecalls, Inc: _____
                                       David Ehlke, President

Date:_____

Counsel for defendant likewise certifies that it has conferred with defendant on the budget and alternative dispute resolution programs as described above as required by LR. 16.1

Respectfully submitted,

Date: _____, 2004

John P. Iwanicki, Esq., BBO# 556465
Ernest V. Linek, Esq., BBO# 543985
BANNER & WITCOFF, LTD.
28 State Street, 28th Floor
Boston, MA 02109-1775
Tel: 617-720-9600
Fax: 617-720-9601
E-Mail:
jiwanicki@bannerwitcoff.com
elinek@bannerwitcoff.com

Helen Hill Minsker
Banner & Witcoff, Ltd.
1001 G Street, N.W. – 11th Floor
Washington, DC 20001-4597
Tel: 202-824-3000
Fax: 202-824-3001
E-mail:
hminsker@bannerwitcoff.com

Attorneys for Defendant
Geek Housecalls, Inc.

CONFIRMATION:

For Geek Housecalls, Inc: _____
David Ehlke, President

Date: 8/11/04

-2-

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by mail, first-class postage prepaid upon counsel for the plaintiff addressed to:

>Anthony A. Froio
>Benjamin Stevenson
>Robbins, Kapplan, Miller & Ciresi, L.L.P.
>111 HUNTINGTON AVENUE
>Boston, MA 02199
>Tel: 617-267-2300
>E-mail: aafroio@rkmc.com

Date: August 11, 2004