IN THE UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x

GEEK SQUAD, INC., a wholly-owned
Subsidiary of BEST BUY STORES, L.P.,

        Plaintiff,

v.

GEEK HOUSECALLS, INC., formerly
EHLKE & CO., INC.

        Defendant.

Civil Action No. 04 11075 RWZ

---------------------------------------------------------------x

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), the parties have conferred and, by their undersigned counsel, hereby set forth their Joint Statement, including their proposed schedules for the conduct of discovery and the filing of motions.

1. **Initial Disclosures**

The parties will make the initial disclosures required by F.R.C.P. 26(a)(1) on September 1, 2004.

2. **Pleadings**

Answer to the Counter-claim - August 10, 2004

Any motion to amend the pleadings by September 30, 2004

Word 35017690.1

3.  **Discovery Schedule**

The parties propose the following schedule for completion of discovery:

    a.    Written Discovery

        1.    Served by October 1, 2004

        2.    Completed by December 1, 2004

    b.    Fact Witness Depositions

        1.    Completed by February 28, 2005

    c.    Expert Witness Discovery

        1.    Expert disclosure required pursuant to Fed.R.Civ.P. 26(a)(2) on or before March 15, 2005 for the party bearing the burden of proof on that issue.

        2.    Rebuttal expert disclosures required on or before May 16, 2005.

        3.    Depositions of the all parties' experts to be conducted on or before June 15, 2005.

        4.    With respect to expert depositions, the party noticing the deposition shall be responsible for paying the travel expenses and reasonable fees of the expert for time spent at the deposition pursuant to Fed.R.Civ.P. 26(b)(4). The parties shall be responsible for compensating their own experts for all preparation time.

3.  **Discovery Event Limitations**

At this time, the parties do not believe that any adjustment of discovery limitations contained in Fed. R. Civ. P. 30(d) and Local Rule 26.1(C) will be

needed.

4. **Motions**

The parties propose the following schedule for the filing of motions:

a. Dispositive motions, including Motions for Summary Judgment, to be served by July 15, 2005.

b. Oppositions to Motions for Summary Judgment due in accordance with Local Rule 7(B)(2).

5. **Proposed Trial Dates**

The parties have conferred and are in agreement on the following proposed pre-trial and trial dates.

a. Target date for final pre-trial conference: September 15, 2005.

b. Target trial date: October 17, 2005.

6. **Certifications**

The certifications of Plaintiffs and Defendant as required by Local Rule 16.1(D)(3) will be filed under separate cover by the respective parties.

7. **Alternative Dispute Resolution**

The parties agree that Alternative Dispute Resolution should be conducted within 45 days of the entry of this schedule.

8. **Trial by Magistrate Judge**

The parties do not consent to a trial by a Magistrate Judge.

9. **Settlement Proposal**

Plaintiff Best Buy has served a written settlement proposal on Defendant, as required by Local Rule 16.1(C) on August 9, 2004.

10. **Proposed Agenda For Scheduling Conference**

    a.    Review of proposed discovery and motion schedule.

Dated: August 11, 2004                                                   Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.              BANNER & WITCOFF, LTD.

_____                          _____
Anthony A. Froio (BBO#: 554708)                                John P. Iwanicki (BBO#: 556465)
111 Huntington Avenue, Suite 1300                              Ernest V. Linek (BBO#: 543985)
Boston, MA  02199-7610                                               28 State Street, 28th Floor
Tel:  (617) 267-2300                                                       Boston, MA  02109-1775
Fax:  (617) 267-8288                                                      Tel:  (617) 720-9600
                                                                                          Fax:  (617) 720-9601
ATTORNEYS FOR PLAINTIFF
GEEK SQUAD, INC.                                                        ATTORNEYS FOR DEFENDANT
                                                                                          GEEK HOUSECALLS, INC.

**CERTIFICATE OF SERVICE**

    I, Anthony A. Froio, do hereby certify that a true copy of the above document was served upon all counsel of record via first class mail on this 11th day of August, 2004.

_____
Anthony A. Froio

Word 35017690.1