UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEEK SQUAD, INC., a wholly-owned subsidiary of BEST BUY STORES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> GEEK HOUSECALLS, INC., formerly EHLKE & CO., INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. 04 11075 RWZ <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

In accordance with Local Rule 16.1(D)(3) of this Court, Plaintiff Geek Squad, Inc., a wholly-owned subsidiary of Best Buy Stores, L.P. ("Geek Squad"), and its counsel hereby certify as follows:

1.     Geek Squad and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

2.     Geek Squad and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4, including mini-trials, summary jury trials, and mediation.

GEEK SQUAD, INC.,

By:     Kari Wangensteen
Its:     Senior Corporate Counsel
         Best Buy Enterprises Services, Inc.

-and-

Dated:  8/13/04

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By _____

Anthony A. Froio (BBO # 554708)
Benjamin D. Stevenson (BBO #638121)
111 Huntington Ave, Suite 1300
Boston, MA  02199
(617) 267-2300

**Of Counsel:**

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Timothy M. Block  (MN Bar # 317950)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel:    (612) 349-8500
Fax:    (612) 339-4181

## CERTIFICATE OF SERVICE

I, Benjamin D. Stevenson, counsel for Geek Squad, Inc., hereby certify that on 8/13/04 , a true and accurate copy of the foregoing was served upon Ernest V. Linek, Esq., 28 State Street, 28th Floor, Boston, MA 02109-1775, by first class mail.

_____
Benjamin D. Stevenson

35017727.1                                    2