August 12, 2004

Dear Mr. Tony Anastas,

I received a letter from my son stating that I served the wrong copy of his complaint for Beckley v. City of Boston C.A. No. 04-10909-RWZ. When it came time to print out copies to be attached to the summonses I mistakenly printed a version that was not the finial copy. I am only a mother trying to help her son since he is incarcerated and cannot serve or type his own complaints. He is not even allowed phone calls at this point in time.

I am truly sorry for this error and would like to re-serve the summons. I need to see the complaint on file so that I am sure of serving the right complaint. I am so upset at my error. I have tried to do it right but made a big mistake. Please help me. I have no legal experience and would appreciate any help I could receive.

Sincerely,

Robert Beckley
c/o Karen Beckley
277 Concord Rd.
Bedford, MA 01730
781 275-9394