UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEEK SQUAD, INC., a wholly-owned subsidiary of BEST BUY STORES, L.P., <br><br> Plaintiff, <br> v. <br><br> GEEK HOUSECALLS, INC., formerly EHLKE & CO., INC. <br><br> Defendant. | Civil Action No. 04 11075 RWZ |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Plaintiff, Geek Squad, Inc. in connection with the above captioned matter.

Respectfully submitted,

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By /s/ Benjamin D. Stevenson
Benjamin D. Stevenson (BBO #638121)
111 Huntington Ave, Suite 1300
Boston, MA 02199
(617) 267-2300

**DATED:** 6/24/04

**Of Counsel:**

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Timothy M. Block (MN Bar # 317950)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Tel:   (612) 349-8500
Fax:   (612) 339-4181

35017727.1

## CERTIFICATE OF SERVICE

    I, Benjamin D. Stevenson, hereby certify that a true and accurate copy of this Notice of Appearance was served upon Ernest V. Linek, Esq., 28 State Street, 28th Floor, Boston, MA 02109-1775, by first class mail.

_____
Benjamin D. Stevenson, Esq.

DATED: 8/24/04

35017727.1

2